ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration
JEFFREY E. STAPLES, WA 45035
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, MD 21235
     E-Mail: jeff.staples@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE BAILEY,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:26-cv-00232-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

The parties, through their respective counsel, stipulate to the following matters. The Commissioner's final decision should be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ). The ALJ should further develop the record, as appropriate, and issue a new decision. The ALJ should reevaluate the evidence, including the prior administrative medical findings, and reevaluate the residual functional capacity and step-five findings, as necessary.

Remand should be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff should be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff should be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

Dated:  May 19, 2026

/s/  Francesco Benavides*
FRANCESCO BENAVIDES
Attorney for Plaintiff
*Authorized via e-mail

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:    /s/ Jeffrey E. Staples
JEFFREY E. STAPLES
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  May 19, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND